# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Clinton <br>       Debtor | CHAPTER 13 <br><br> BKY. NO. 16-15528 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 1666

              Respectfully submitted,

              **/s/Joshua I. Goldman , Esquire**
              Joshua I. Goldman, Esquire
              Thomas Puleo, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 825-6306  FAX (215) 825-6406