**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cheryl A. Clinton | Debtor | CHAPTER 13 |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 16-15528 REF |
| Cheryl A. Clinton | Debtor | |
| William Clinton, | Co-Debtor | 11 U.S.C. Section 362 & 1301 |
| Frederick L. Reigle | Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 6 Lindy Drive, Barto, PA 19504 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. It is further ORDERED that the Co-Debtor stay is vacated.

**Date: January 27, 2017**

_____
United States Bankruptcy Judge.