United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl A. Clinton  
    Debtor

Case No. 16-15528-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jan 27, 2017  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.  
db           +Cheryl A. Clinton,  6 Lindy Drive,  Barto, PA 19504-8892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
         RICHARD F. WEINSTEIN    on behalf of Debtor Cheryl A. Clinton rfwlaw1@comcast.net  
         THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cheryl A. Clinton | | CHAPTER 13 |
| | Debtor | |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 16-15528 REF |
| Cheryl A. Clinton | Debtor | |
| William Clinton, | Co-Debtor | 11 U.S.C. Section 362 & 1301 |
| Frederick L. Reigle | Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 6 Lindy Drive, Barto, PA 19504 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. It is further ORDERED that the Co-Debtor stay is vacated.

**Date: January 27, 2017**

United States Bankruptcy Judge.