United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-15528-ref
Cheryl A. Clinton                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Mar 02, 2017
                              Form ID: pdf900          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
```
db              +Cheryl A. Clinton,    6 Lindy Drive,    Barto, PA 19504-8892
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13824535         Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13771449        +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13771451        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13771455        +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                  Minneapolis, MN 55440-9475
13771456        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                  Minneapolis, MN 55440-9475
13806995         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13771457        +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Mar 03 2017 01:33:08      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:33:00
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2017 01:33:12      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13825346        +E-mail/Text: bankruptcy@cavps.com Mar 03 2017 01:33:10      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13771448        +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 03 2017 01:33:18
                  Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                  Exton, PA 19341-1119
13779070         E-mail/Text: mrdiscen@discover.com Mar 03 2017 01:32:44      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13771450        +E-mail/Text: mrdiscen@discover.com Mar 03 2017 01:32:44      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
13771452        +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2017 01:32:47      Kohls/Capital One,
                  Po Box 3120,    Milwaukee, WI 53201-3120
13829758         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:50:05
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13830168         E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2017 01:32:53
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
13771453        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 03 2017 01:33:10      Quicken Loans,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
13771454        +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2017 01:37:40      Syncb/care Credit,
                  Synchrony Bank,    Po Box 965064,    Orlando, FL 32896-5064
13846327        +E-mail/Text: bncmail@w-legal.com Mar 03 2017 01:33:07      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13788445*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith                    Page 2 of 2                Date Rcvd: Mar 02, 2017
                              Form ID: pdf900                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD F. WEINSTEIN    on behalf of Debtor Cheryl A. Clinton rfwlaw1@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

CHERYL A. CLINTON
                                                    : Bankruptcy No. 16-15528REF
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 2, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD F WEINSTEIN ESQ
705 W HAVERFORD RD
SUITE 1
BRYN MAWR PA 19010-3128

CHERYL A. CLINTON
6 LINDY DRIVE
BARTO,PA.19504